07-20011.or2

# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-20011-CIV-COOKE-BROWN

**THIS IS A CONSENT CASE**

DIEGO GARCIA and all others similarly
situated under 29 U.S.C. §216(B),

    Plaintiff,

vs.

FLORIDA ROOFING SOLUTIONS, INC.,
et al.,

    Defendants.
_____/

LORENZO AGUILAR,

    Plaintiff,

vs.

FLORIDA ROOFING SOLUTIONS, INC.,
et. al,

    Defendants.
_____/

## SUPPLEMENTAL ORDER ON SETTLEMENT

The Court is required to approve the settlement agreement. See Lynn's Food Stores, Inc. v. U.S., 679 F. 2d 1350 (11th Cir. 1982). That case states that the Court may grant said approval "after scrutinizing the settlement for fairness". Id at 1353.

**This matter** is before this Court sua sponte. On November 3, 2008, upon receipt of the Mediator's Report which indicated that an agreement had been reached in this case, the Court issued a Notice of Court's Practice re Settlement, which required the parties to submit documentation

necessary to conclude this action. The parties did not submit any documentation.

The Court is required to approve the settlement agreement. See <u>Lynn's Food Stores, Inc. v. U.S.</u>, 679 F. 2d 1350, 1353 (11th Cir. 1982) (stating that the Court may grant said approval "after scrutinizing the settlement for fairness"). Accordingly, and the Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that within ten (10) days of the date of this Order, the parties shall submit to this Court the settlement agreement(s), along with any additional documentation necessary for the Court to determine the fairness of same.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of November, 2008.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record